UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH JOHNSON,

    Plaintiff,

v.

COUNTY OF KALAMAZOO, et al.,

    Defendants.
_____/

Case No. 1:23-cv-138

HON. JANE M. BECKERING

## ORDER

This is a civil action filed pursuant to 42 U.S.C. § 1983.  Defendants filed a Motion to Dismiss (ECF No. 11).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on April 21, 2023 (ECF No. 15), recommending that this Court grant the motion and dismiss the Complaint with prejudice.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 15) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 11) is GRANTED.

A Judgment will be entered consistent with this Order.


Dated: May 8, 2023

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge